DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CRAIG WASHINGTON,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D20-2609

[May 13, 2021]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Caroline C. Shepherd, Judge; L.T. Case No. 502014CF010442.

Craig Washington, Bowling Green, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GROSS, MAY and ARTAU, JJ., concur.

*       *       *

***Not final until disposition of timely filed motion for rehearing.***